IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

QUINTIN HAWKINS

   Plaintiff

v.

THOMAS STANTON, et al

Case No. C-1-01 -t8g⁻

Judge Dlott

<u>ANSWERS TO REQUEST FOR
ADMISSIONS TO RODNEY
POMPEY</u>

   Defendant, Police Officer Rodney Pompey, through his attorney, hereby submits answers and objections to the requests for admissions served on the defendant by the plaintiff:

1. Defendant Pompey was on regular duty in the early morning hours of July 31, 2001.

    Answer: Admit.

2. On July 31, 2001, Defendant Pompey responded to the Hamilton County Justice Center.

    Answer: Admit.

3. While at the Justice Center, Defendant Pompey worked with Hamilton County employees to process Plaintiff.

    Answer: Deny.

4. Defendant Pompey has known Plaintiff and Plaintiff's family since Plaintiff was very young.

    Answer: Admit.

5. **Defendant Pompey reviewed paperwork identifying a person wanted for murder in Huntsville.**

   Answer: Admit.

6. **After looking at the papers, Defendant Pompey knew that Plaintiff was not the subject wanted for murder in Huntsville.**

   Answer: Deny.

7. **The Federal Bureau of Investigation faxed the document, attached at Exhibit 1, to the Hamilton County Justice Center confirming that Plaintiff was in fact Quintin Hawkins.**

   Answer: Admit received confirmation from the FBI that Quintin Hawkins was wanted for murder.

8. **Defendant Pompey told Plaintiff that the FBI confirmed that he was the subject wanted for murder.**

   Answer: Admit the Plaintiff was told he was wanted.

9. **Defendant Pompey assisted Hamilton County employees in booking Plaintiff into the Hamilton County Justice Center for murder.**

   Answer: Deny.

10. **Plaintiff was not the individual wanted by the Huntsville Police Department.**

    Answer: At the time he was processed I believed he was wanted for the offense.

11. **Plaintiff was in the custody of the City of Cincinnati when Defendant Pompey received information from the Federal Bureau of Investigation.**

    Answer: Plaintiff was in the custody of the Hamilton County Sheriff.

s

Respectfully submitted,

FAY D. DUPUIS
City Solicitor

*[signature]*
FRANK H. PROUTY, JR. 0019929)
Trial Attorney for Defendant City of
 Cincinnati, City of Cincinnati Police Officers
 Thomas Stanton, Michael Machenheimer,
 Rodney Pompey
Room 214 City Hall
801 Plum Street
Cincinnati, Ohio 45202
Telephone:(513) 352-3618
FAX: (513) 352-3618

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answers to Requests for Admissions was mailed, by ordinary United States mail, on this /©  day of April, 2002 to the following

    Fanon Rucker
     Attorney for Plaintiff
    225 West Court Street
    Cincinnati, Ohio 45202

*[signature]*
FRANK H. PROUTY, JR.
Assistant City Solicitor