IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| QUINTIN HAWKINS | Case No. C-1-01-639 |
| Plaintiff | Judge Dlott |
| v. | ANSWERS TO REQUEST FOR ADMISSIONS TO THOMAS STANTON |
| THOMAS STANTON, et al | |

Defendant, Police Officer Thomas Stanton, through his attorney hereby submits answers and objections to the requests for admissions served on the defendant by the plaintiff:

1. Defendant Stanton was on regular duty on July 31, 2001.

    Answer: Admit.

2. On July 31, 2001, Defendant Stanton was on routine patrol in the Madisonville Area of Cincinnati, Ohio.

    Answer: Admit.

3. On July 31, 2001, Defendant Stanton received a radio transmission regarding an automobile robbery.

    Answer: Admit.

4. On July 31, 2001, Defendant Stanton learned the alleged robbery did not actually occur.

    Answer: Learned the robbery did not occur after victim said it did not happen.

5. Defendant Stanton learned the complainant of the alleged robbery was not telling the truth about the alleged robbery.

   Answer: Admit that after talking with her, she ID him and later she said it was not him.

6. Defendant Stanton learned the alleged robbery did not occur prior to running Plaintiffs information through the computer.

   Answer: Deny.

7. Through a computer search, Defendant Stanton received information about a person wanted for murder in Huntsville, Alabama.

   Answer: Admit.

8. When Defendant Stanton performed a computer query, Defendant Stanton received information about the wanted subject's ;height, weight, social security number, birthday, and name.

   Answer: Admit.

9. Through the initial computer search, Defendant Stanton received information about Quintin O'Neil Haskins.

   Answer: Admit. This was a name of many alias on the list. One name listed on the alias was Quintin Hawkins.

10. The computer identified Quintin O'Neil Haskins as six-feet two inches tall, one hundred eighty pounds, with a birth date of August 18, 1980.

    Answer: The height was close to 6 feet 2 inches, weight was not much different, August 18 always came up with varying years that were not far off from 1980.

11. On July 31, 2001, Quintin O'Neil Haskins was wanted for murder in Alabama.

    Answer: There were numerous alias, at least a dozen, and one name was Quintin Hawkins.

12. No information for the subject wanted for murder in Alabama matched Plaintiff.

    Answer: Deny.

13. Defendant Stanton never advised Plaintiff of Plaintiffs Miranda Rights.

    Answer: Admit.

14. Defendant Stanton spoke by phone with Rex Reynolds, Huntsville detective.

    Answer: Deny.

15. Defendant Stanton spoke by phone with persons in Huntsville regarding the murder suspect.

    Answer: Deny.

16. Defendant Stanton received a faxed photograph of the subject wanted for murder.

    Answer: Requested but never received.

17. Defendant Stanton was advised by Huntsville representatives that the wanted subject had a tattoo with the words "Hard Know Life" on it.

    Answer: Deny. Learned about the tattoo through computer printout.

18. Defendant Stanton, by phone, told Rex Reynolds and other Huntsville representatives that Plaintiff was the person wanted for murder.

    Answer: Deny.

19. Plaintiff told Defendant Stanton that Plaintiff was not the wanted subject.

   Answer: Admit.

20. Defendant Stanton did not keep any documents that were faxed to Defendant Stanton from Huntsville.

   Answer: Information received came from the FBI.

21. Defendant Stanton did not have any evidence that Plaintiff was the subject wanted for murder in Huntsville.

   Answer: Information came from the FBI.

22. Defendant Stanton transported Plaintiff to the Hamilton County Justice Center.

   Answer: Admit.

23. Once Plaintiff was in Cincinnati Police custody, Defendant Stanton had a duty to make sure Plaintiff was the wanted subject.

   Answer: Deny. Plaintiff was placed in the custody of the Hamilton County Sheriffs Department in the Justice Center.

24. Plaintiff was not the individual wanted for murder in Huntsville.

   Answer: After leaving the Justice Center, learned the warrant was confirmed for Quintin Hawkins.

25. After July 31, 2001, Defendant Stanton advised other police personnel that Plaintiffs information matched the subject wanted for murder in Huntsville.

   Answer; Admit.

26. Defendant Stanton has received no discipline from the City of Cincinnati for the incident involving Quintin Hawkins.

   Answer: Admit. Received a positive ESL (Employee Service Log Entry).

4

27. The City of Cincinnati has not performed any type of investigation into the incident involving Quintin Hawkins.

    Answer: Officer Stanton does not know.

    Respectfully submitted,

    FAY D. DUPUIS
    City Solicitor

    *[signature]*
    FRANK H. PROUTY, JR. (0 1 929)
    Trial Attorney for Defendant City of
     Cincinnati, City of Cincinnati Police Officers
    Thomas Stanton, Michael Machenheimer,
     Rodney Pompey
    Room 214 City Hall
    801 Plum Street
    Cincinnati, Ohio 45202
    Telephone:(513) 352-3618
    FAX: (513) 352-3618

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answers to Requests for Admissions was mailed, by ordinary United States mail, on this ___ day of April, 2002 to the following

    Fanon Rucker
     Attorney for Plaintiff
    225 West Court Street
    Cincinnati, Ohio 45202

    *[signature]*
    FRANK H. PROUTY, JR.
    Assistant City Solicitor