UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

QUINTIN D. HAWKINS,

          Plaintiff,

v.                                         C-1-01-783

STANTON, et al,

          Defendant.

## ORDER

The parties having **CONSENTED** (see attached ) this case is hereby transferred to United States Magistrate Judge Timothy S. Hogan under 28 U.S.C. § 636(c) to conduct any and all proceedings in this case, including the trial, and order the entry of judgment.

Parties are advised that the Joint Pretrial Order deadline and the February 2004 trial term settings are VACATED.

Any appeal will be to the United States Court of Appeals for the Sixth Circuit.

**IT IS SO ORDERED.**

*[signature]*
Herman J. Weber, Judge
United States District Court

January 9, 2004

Hon. Herman J. Weber
c/o Darlene Maury, Case Manager
Room 801 Potter Stewart U.S. Courthouse
10 East 5th Street
Cincinnati, Ohio 45202

Re:  Hawkins vs. Stanton, et al.
     Case No. C-1-01-783

Dear Ms. Maury:

    Please be informed that Defendants Stanton, Machenheimer, and Pompey, in both their official and individual capacities, hereby consent to the jurisidiction of a magistrate judge in the above captioned matter.

    Thank you.

Sincerely,

/S/ Michael J. Harmon

Michael J. Harmon
Senior Assistant City Solicitor
Trial counsel for Defendants

/S/ Stephen S. Lazarus

Stephen S. Lazarus
Special Counsel for Defendants

# SANTEN & HUGHES
A Legal Professional Association

312 Walnut Street, Suite 3100

Cincinnati, Ohio 45202-4059

www.Santen-Hughes.com

Fanon A. Rucker Esq.  
FAR@santen-hughes.com

Telephone: (513) 721-4450  
Fax: (513) 721-0109

January 12, 2004

Hon. Herman Weber  
801 Potter Stewart US Courthouse  
100 East Fifth Street  
Cincinnati Ohio 45202

    Re:    **Hawkins v. Stanton, et al.**  
              Case No. C-01-783

Dear Judge Weber:

On behalf of my client, Quintin D. Hawkins, I hereby give consent for the above-captioned matter to be transferred to a Magistrate for resolution.

Thank you for your attention to this matter.

                              Professionally,

                              SANTEN & HUGHES

                              Fanon A. Rucker

Cc:  Mike Harmon  
       Steve Lazarus

| | | | |
|---|---|---|---|
| William E. Santen | William E. Santen, Jr. | Sarah B. Tankersley† | Of Counsel: |
| Charles M. Meyer†* | Mark W. Jordan† | Fanon A. Rucker |   R. Mark Addy |
| Charles E. Reynolds | William A. DeCenso | Deepak K. Desai | Kenneth R. Hughes (1925-1993) |
| John D. Holschuh, Jr.† | Elizabeth R. Murray† | J. Robert Linneman† | †Also Admitted in KY |
| James P. Wersching | Terese M. Wells | Andrew A. Weisenberger | *Also admitted in FL & MA |
| C. Gregory Schmidt† | | | |