IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **QUINTIN HAWKINS** | : | Case No. C-1-01-783 |
| | : | |
| Plaintiff | : | Judge Herman Weber |
| | : | |
| vs. | : | |
| | : | AFFIDAVIT OF GAIL WRIGHT |
| **THOMAS STANTON, et al.** | : | |
| | : | |
| Defendants | : | |
| | : | |

**STATE OF OHIO**           :
                            :ss
**COUNTY OF HAMILTON:**

Now comes Gail Wright, who after being duly cautioned and sworn, states as follows:

1. I am Administrative Assistant to Sheriff Simon Leis.

2. I worked with Joe McCullough in this position and obtained his files when he left the employment of the Sheriff's office. I have custody and control over his files.

3. I have reviewed the file relating to Quintin Hawkins.

4. On September 20, 2001, Fanon Rucker made a records request for documents, seeking, "a copy of the entire file on the detention of Quinton Hawkins, Case No. M-01570, beginning July 31, 2001 until August 12, 2001." These records were produced on or about September 28, 2001.

5. On or about November 13, 2001, Fanon Rucker made a request for information from the Sheriff's office pursuant to R.C. 149.43. As Mr. Rucker's request did not comply with that statute in that no existing records were requested, no records were produced. This request is attached as Exhibit A.

6. On or about December 10, 2001, Mr. Rucker modified his request to seek production of a list of Sheriff's Department employees who were working at the Justice Center on July 31, 2001. This letter is attached as Exhibit B. These records were produced to Mr. Rucker on December 20, 2001.

7. No further written requests for documents or information were received until May 16,

       2002.

8. On or about May 23, 2002, the Hamilton County Sheriff's Department received a copy of the Complaint, filed by Mr. Rucker, by ordinary mail.

9. Thereafter, plaintiff conducted depositions of employees of the Sheriff's department in the late summer of 2002.

10. To the best of my knowledge and belief, no individual employee of the Hamilton County Sheriff's department has ever been advised or placed on notice of any potential claims against that employee, individually or in the employee's official capacity.

FURTHER AFFIANT SAYETH NAUGHT

_____
Gail Wright

On this /2 ᵀᴴ day of January, before me, a Notary Public, in and for the State of Ohio, appeared Gail Wright, who is personally known to me, and who, after being duly cautioned and sworn, affirmed that the foregoing statements are true and correct to the best of her knowledge and belief.

_____ Corbett
Notary Public, State of Ohio
My Commission Expires: 2-19-04

CORBETT
Notary Public, State of Ohio
My Commission Expires 2-19-04

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit has been mailed to the following counsel of record on this __12th__ day of January, 2004, by ordinary U.S. Mail.

Michael Harmon
214 City Hall
801 Plum St.
Cincinnati, OH 45202

Stephen Lazarus
Hardin, Lefton, Lazarus & Marks
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202

Fanon Rucker
Santen & Hughes
312 Walnut Street, Suite 3100
Cincinnati, OH 45202-4059

Stephen K. Shaw, 0018652