IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| QUINTIN HAWKINS | : | CASE NO. C-1-01-783 |
| | : | Judge Weber |
| PLAINTIFF | | Magistrate Hogan |
| | : | |
| v. | | PLAINTIFF'S REPLY TO |
| | : | DEFENDANT JOHN DOE'S MOTION |
| THOMAS STANTON, ET AL. | | TO DISMISS |
| | : | |
| DEFENDANTS. | | |

    For the reasons set forth in Plaintiff's Motion to Amend the Complaint filed with this Court at Document 35, Plaintiff hereby requests this Court deny the Motion to Dismiss. Plaintiff incorporates by reference, the arguments made in Plaintiff's Motion to Amend.

    Respectfully submitted,

/s/ Fanon A. Rucker
Fanon A. Rucker  (0066880)
Santen & Hughes
312 Walnut Street, Suite 3100
Cincinnati, OH  45202
Phone: (513) 721-4450 / Fax: (513) 721-7644
Attorney for Plaintiff

- 2 -

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Plaintiff's Reply To Defendant John Doe's Motion to Dismiss has been served upon the following, by regular mail, on this the 14th day of January, 2004:

Michael Harmon
City of Cincinnati
801 Plum Street
Room 214
Cincinnati OH  45202

Stephen Lazarus
Hardin Lefton Lazarus & Marks
915 Cincinnati Club Bldg
30 Garfield Place
Cincinnati OH 45202

Steve Shaw
Hamilton County Prosecutor's Office
230 E. Ninth Street
Suite 4000
Cincinnati Ohio 45202

      /s/ Fanon A. Rucker
      FANON A. RUCKER

236555.1