J:\CRUMBA\FORMS\CALENDAR\2003\03-796.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kathleen A. Busch,
    Plaintiff,

        v.                   Case No. 1:03cv796
                                  (Hogan, M.J.)

AK Steel Corporation,
    Defendant.

## CALENDAR ORDER

This calendar order shall proceed as follows:

1. Deadline for motion for leave to file an amended complaint: **March 1, 2004**

2. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff produce primary reports: **July 1, 2004**
    Defendant rebuttal for producing primary reports: **August 15, 2004**

3. Notice of compliance with Rule 26: **September 15, 2004**

4. Parties to exchange witness list and summary: **August 15, 2004**

5. Discovery deadline: **September 15, 2004**

6. Dispositive motions deadline: **November 15, 2004**

7. Final pretrial conference: **March 2005\***

8. Trial: **April 2005\***


  2/18/2004                                          s/Timothy S. Hogan
Date                                             Timothy S. Hogan

bac     February 18, 2004                     United States Magistrate Judge
\*The specific dates will be assigned by the District Court.