UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Quintin Hawkins,
    Plaintiff,

v.                                Case No. 1:01cv783
                                    (Hogan, M.J.)

Thomas Stanton, et al.,
    Defendants.

## CALENDAR ORDER

This case shall proceed as follows:

1. Motion for Order to Change the Scheduling Order (Doc. 31): **GRANTED** pursuant to the scheduling conference held this date.

3. Discovery deadline: **Deadline to be set pursuant to ruling made on the Motion to Dismiss (Doc. 33) hearing.**

4. Hearing set on Motion to Dismiss (Doc. 33) & Motion for Leave to File an Amended Complaint (Doc. 35): **April 14, 2004, at 9:30 am, Courtroom 701**

5. Joint final pretrial order: **Submitted to the Court 3 days prior to FPTC**

6. Final pretrial conference: **December 10, 2004, at 9:30 am**

7. Jury Instructions: **Submitted to the Court 7 days prior to Trial**

8. Jury Trial: **January 10, 2005, 9:00 am, Courtroom to be determined**

IT IS SO ORDERED.

Date   3/11/2004                                 s/Timothy S. Hogan
bac     March 11, 2004                   Timothy S. Hogan
                                          United States Magistrate Judge

J:\CRUMBA\FORMS\CALENDAR\2001\01-783.wpd