UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **QUINTIN HAWKINS,** | : | Case No.  C-1-01-783 |
| Plaintiff, | : | Honorable Judge Hogan |
| vs. | : | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **THOMAS STANTON, ET AL.** | : | |
| Defendants. | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes William C. Hicks, Assistant City Solicitor, and hereby gives notice of his substitution for Michael J. Harmon, Assistant City Solicitor, as counsel for the following Defendants: Thomas Stanton, Michael Machenheimer, and Rodney Pompey.  This substitution is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

/s/ William C. Hicks
**WILLIAM C. HICKS (0068565)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3613
FAX: (513) 352-1515

**CERTIFICATE OF SERVICE**

    I hereby certify on August 3rd, 2004, a true and accurate copy of the foregoing Notice of Substitution of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                             /s/ William C. Hicks  
                                                             **WILLIAM C. HICKS (0068565)**  
                                                             Assistant City Solicitor