**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **QUINTIN HAWKINS,** | : | **CASE NO. C-1-01-783** |
| Plaintiff, | : | (J. Dlott) |
| vs. | : | |
| **THOMAS STANTON, et al.,** | : | |
| Defendants. | : | |

**NOTICE OF ENTRY OF APPEARANCE OF SPECIAL COUNSEL**
**FOR DEFENDANT POLICE OFFICER THOMAS STANTON IN HIS**
**INDIVIDUAL CAPACITY**

Notice is hereby given that **Kimberly A. Rutowski** of the law firm of **Hardin, Lefton, Lazarus & Marks, LLC** is entering her appearance as Special Counsel for defendant Police Officer Thomas Stanton in his individual capacity, in the above-captioned matter.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski          (Ohio Reg. #0076653)
**Special Counsel for Defendant Police Officer Thomas Stanton**
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
(513) 721-7300

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Notice of Entry of Appearance has been served by electronic case filing through the United States District Court, this ____ day of December, 2004.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski   (Ohio Reg. #0076653)