IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| QUINTIN HAWKINS | : | CASE NO. C-1-01-783 |
| | : | Judge Weber |
| PLAINTIFF | | Magistrate Hogan |
| | : | |
| v. | | WRIT OF HABEAS CORPUS AD |
| | : | PROSEQUENDUM |
| THOMAS STANTON, ET AL. | | |
| | : | |
| DEFENDANTS. | | |

Plaintiff, by and through counsel, hereby requests this Court order the Federal Authorities to have the person of Quintin Hawkins, Prisoner Number 176767, who is being detained in the custody of the State of Kentucky at the LaGrange Kentucky Minimum Security Detention Center, P.O. Box 69, LaGrange, Kentucky 40031, conveyed under safe and secure conduct before the Honorable Magistrate Timothy Hogan, United States Magistrate for the Southern District of Ohio, at Courtroom 706, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, on January 10, 11, 12, 13 and 14, 2005 at 9 a.m. to appear and testify in the above-captioned trial.

Plaintiff further requests that after the conclusion of all proceedings herein, this Court command said law enforcement officials to return him under safe and secure conduct to the above said place where he was originally detained.

Respectfully submitted,

/s/ Fanon A. Rucker
Fanon A. Rucker  (0066880)
Santen & Hughes
312 Walnut Street, Suite 3100
Cincinnati, OH  45202
Phone: (513) 721-4450 / Fax: (513) 721-7644
Attorney for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Writ has been served upon the following, by regular mail and/or electronic mail, on the 15th day of December, 2004:

| | |
|---|---|
| William Hicks | Stephen Lazarus |
| City of Cincinnati | Hardin Lefton Lazarus & Marks |
| 801 Plum Street | 915 Cincinnati Club Bldg |
| Room 214 | 30 Garfield Place |
| Cincinnati OH  45202 | Cincinnati OH 45202 |

                                       /s/ Fanon A. Rucker
                                       FANON A. RUCKER

254591.1