UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF OHIO<br>
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 DEC 10 AM 11: 10

Quintin Hawkins,
    Plaintiffs

v.                                Case Number 1:01cv783
                                       (Consent Case; Hogan, MJ)

Thomas Stanton, et al.,
    Defendant.

## CIVIL MINUTES
**Final Pretrial Conference**

**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Linda Smith
**COURT REPORTER: none present**
**DATE:**  December 10, 2004                          **TIME:** 9:30 am

Attorney for Plaintiff(s):_____           Attorney for Defendant(s):_____

*Fanon Rucker*                                       *Stephen Lazarus*

### PROCEDURES

_____Counsel Present.

_____Schedule set as follows:

_____Order to issue.
J:\CRUMBA\FORMS\Minutes\MINUTES-scheduling.wpd