UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

QUINTIN HAWKINS,
     Plaintiff

vs                                          Case No. C-1-01-783
                                            (Hogan, M.J.)
THOMAS STANTON, et. al.,
     Defendants

**ORDER**

This matter is before the Court on Plaintiff's Writ of Habeas Corpus Ad Prosequendum (Doc. 49). To date, no opposition has been filed to Plaintiff's motion.

Plaintiff brings this action under 42 U.S.C. §1983 alleging, *inter alia*, violations of his constitutional rights arising from the alleged illegal detention of Plaintiff which occurred on July 31, 2001. Plaintiff requests that the Court order the federal authorities to convey the person of Quintin Hawkins, Prisoner Number 176767, who is currently being detained in the custody of the State of Kentucky at the LaGrange Kentucky Minimum Security Detention Center, to appear before this Court and testify for the duration of his civil trial in the above-referenced matter. The trial is currently scheduled to commence on January 10, 2005 and continue through January 14, 2005. During this time, Plaintiff will need to be detained in the custody of local law enforcement authorities and will need transportation to and from trial each day. Plaintiff further asks that the Court order federal authorities to return Plaintiff to the LaGrange Kentucky Minimum Security Detention Center at the conclusion of the trial. Interestingly enough, Plaintiff makes no reference to the costs associated with such transport and housing of Plaintiff. Obviously, the cost of such an undertaking is Plaintiff's responsibility and not the government's. Thus, to the


extent that Plaintiff's counsel is able to make such arrangements with, and make payment in advance to, the U.S. Marshal, Plaintiff's Writ of Habeas Corpus Ad Prosequendum (Doc. 49) is hereby GRANTED.

SO ORDERED.

Date: 1/3/05

Timothy S. Hogan
United States Magistrate Judge