**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

QUINTIN HAWKINS,
    Plaintiff

vs

THOMAS STANTON, et. al.,
    Defendants

Case No. C-1-01-783
(Hogan, M.J.)

**ORDER**

    Counsel for all parties having agreed, the trial date in the above referenced matter is **HEREBY VACATED** and is **RESET** for February 22, 2005 at 9:30 am. Accordingly, the Court's previous Order granting Plaintiff's Motion for a Writ of Habeas Corpus Ad Prosequendum (Doc. 51) is **HEREBY RESCINDED.**

SO ORDERED.

Date: 1/5/05

Timothy S. Hogan
United States Magistrate Judge