# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

QUINTIN HAWKINS,
Plaintiff

vs

THOMAS STANTON, et. al.,
Defendants

Case No. C-1-01-783
(Hogan, M.J.)

## ORDER

The Court having been advised by the parties that the within action has been settled;

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: 2/3/05

Timothy S. Hogan
United States Magistrate Judge